**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIE SAMPSON, | ) |
| Petitioner, | ) 3:11-cv-00019-LRH-WGC |
| vs. | ) |
| JACK PALMER, *et al.*, | ) **ORDER** |
| Respondents. | ) |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding with the assistance of counsel. Before the Court are respondents' motions for enlargement of time (ECF Nos. 71 and 73), respondents' motion to strike petitioner's motion to reconsider (ECF No. 72) and petitioner's *pro se* motion for reconsideration (ECF No. 68) and motion to dismiss counsel (ECF No. 70).

As noted above, petitioner is represented by counsel. His numerous pro se motions are unauthorized and defeat the purposes of providing counsel to assist the petitioner, i.e. to provide for efficient, effective and fair presentment of the issues related to the constitutionality of petitioner's conviction and incarceration pursuant to the state court judgment of conviction. Moreover, petitioner has been advised by the Court that he must present his issues and claims through counsel. *See* Order (ECF No. 67). The petitioner's motions shall, therefore, be stricken from the record and the Clerk shall be advised that no further documents presented in pro se without a signature of appointed counsel shall be accepted for filing in this matter.

Respondents seek additional time to file their answer to the remaining grounds of the petition and to respond to petitioner's various pro se motions.  The enlargement of time to file an answer shall be granted.  The motion for time to respond to the pro se motions shall be denied as moot.

**IT IS THEREFORE ORDERED** that the respondents motion to strike petitioner's motion for reconsideration (ECF No. 72) is **granted.**  The Clerk shall **strike** from the record petitioner's various pro se motions (ECF Nos. 68 and 70 )**.**

**IT IS FURTHER ORDERED** that the Clerk shall not accept for filing any more documents filed by petition in pro se.  Therefore, any motion brought by petitioner and filed in this matter must be signed by his appointed counsel.

**IT IS FURTHER ORDERED** that respondents motion for time to file the answer (ECF No. 71) is **granted.**  The answer shall be filed no later than December 2, 2013.  The motion for time to respond to the pro se filings (ECF No. 73) is **denied as moot.**

Dated this 22nd day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE