# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE SAMPSON, | ) |
| Petitioner, | ) 3:11-cv-00019-LRH-WGC |
| vs. | ) **ORDER** |
| JACK PALMER, *et al.*, | ) |
| Respondents. | ) |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner represented by counsel.

On October 22, 2013, this Court issued an order striking petitioner's various *pro se* motions and directing the Clerk to accept no further documents filed by petitioner in *pro se*. (ECF No. 74). As this case is on-going, the Court's order also set a deadline for the filing of an answer. (*Id.*).

On November 25, 2013, petitioner filed a notice of appeal. (ECF No. 75). This Court construes petitioner's notice of appeal as a motion for a certificate of appealability. In order to proceed with his appeal, petitioner must receive a certificate of appealability. 28 U.S.C. § 2253(c)(1); Fed. R. App. P. 22; 9th Cir. R. 22-1; *Allen v. Ornoski,* 435 F.3d 946, 950-951 (9th Cir. 2006); s*ee also United States v. Mikels*, 236 F.3d 550, 551-52 (9th Cir. 2001). Generally, a petitioner must make "a substantial showing of the denial of a constitutional right" to warrant a certificate of appealability. *Id.;* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000). "The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Id.* (*quoting Slack*, 529 U.S. at 484). In

order to meet this threshold inquiry, the petitioner has the burden of demonstrating that the issues are debatable among jurists of reason; that a court could resolve the issues differently; or that the questions are adequate to deserve encouragement to proceed further. *Id.*

In the present case, no reasonable jurist could conclude that this Court's order of October 22, 2013, was in error. Petitioner is not entitled to a certificate of appealability.

**IT IS THEREFORE ORDERED** that petitioner's request for a certificate of appealability (ECF No. 75) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to the United States Court of Appeals for the Ninth Circuit.

Dated this 6th day of January, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE