AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

WILLIE SAMPSON,

      Petitioner,

v.

JACK PALMER, et al.,

      Respondent(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:11-cv-00019-LRH-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Petitioner and against Respondents, conditionally granting the petition for a writ of habeas corpus.

June 13, 2016                                                   **LANCE S. WILSON**
                                                                                          Clerk

                                                                                           /s/ K. Rusin
                                                                                           Deputy Clerk