# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIE SAMPSON,

    Petitioner,

vs.

JACK PALMER, *et al.*,

    Respondents.

Case No. 3:11-cv-00019-LRH-WGC

**ORDER**

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner.

On June 13, 2016, the petition was conditionally granted. (ECF No. 105). Respondents filed a notice of election to retry petitioner in the Eighth Judicial District Court for the State of Nevada. (ECF No. 107). On November 3, 2016, this Court granted petitioner's motion for an extension of time for the State to initiate retrial until May 10, 2017. (ECF No. 109). On March 9, 2017, petitioner filed another motion to continue the retrial. (ECF No. 110). On March 21, 2017, respondents filed a notice of non-opposition to petitioner's motion. (ECF No. 111). Good cause appearing petitioner's motion is granted as set forth below.

**IT IS THEREFORE ORDERED** that petitioner's motion to for an extension of time to continue the State retrial (ECF No. 110) is **GRANTED**, consistent with the remaining provisions of this order.

**IT IS FURTHER ORDERED** that the Court's order conditionally granting a writ of habeas corpus (ECF No. 105) is **MODIFIED** such that petitioner shall be released from custody pursuant

to the conditional writ grant unless the State initiates retrial in the state district court by **August 8, 2017**, subject to reasonable modification of the foregoing deadline by the parties.

**IT IS FURTHER ORDERED** that nothing herein constitutes or is intended to constitute a purported direction by this Court to the Eighth Judicial District Court for the State of Nevada to continue any calendar call, trial, or other proceeding in that court.  This order merely modifies this Court's own order to extend the time allowed under the conditional grant of a writ of habeas corpus within which to commence a retrial of petitioner.  The matter of whether a particular calendar call, trial, or other proceeding in the state district court should be continued is a matter that is exclusively within the province of that court.  Accordingly, following upon this Court's extension of the period for retrial under its own prior order, petitioner must present any requests for relief as to specific state court settings to the state district court.

**IT IS FURTHER ORDERED** that nothing herein suggests by implication that the federal Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, is applicable to the state court retrial.

**IT IS FURTHER ORDERED** that the Clerk of Court **SHALL SEND** a copy of this order to the following:  Honorable Michelle Leavitt, District Judge; the Clerk of the Eighth Judicial District Court for the State of Nevada; and the Clark County District Attorney, in connection with Case No. C-182432.

DATED this 24th day of March, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE